# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.  § | CRIMINAL ACTION NO. 3:19-CR-097-S |
| § | |
| JOSE ALFREDO FERNANDEZ (1) § | |

## ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court referred the request for revocation of Defendant Jose Alfredo Fernandez's supervised release [ECF No. 41] to the United States Magistrate Judge for proper consideration. *See* Order [ECF No. 52]. On July 13, 2023, the Magistrate Judge issued its Findings, Conclusions, and Recommendation ("Recommendation") [ECF No. 62] following a revocation hearing on the same date [ECF Nos. 60, 61]. Defendant received and reviewed a copy of the Magistrate Judge's Recommendation [ECF No. 63]. Defendant did not file objections to the Recommendation and the Court is of the opinion that the Recommendation is correct.

It is, therefore, **ORDERED** that the Magistrate Judge's Recommendation [ECF No. 62] is **ADOPTED** as the opinion and findings of the Court. It is further **ORDERED** that Defendant's supervised release is hereby **REVOKED,** and Defendant is sentenced to a term of imprisonment of thirteen (13) months with no further term of supervised release to follow.

**SO ORDERED.**

SIGNED August 18, 2023.

KAREN GREN SCHOLER
**UNITED STATES DISTRICT JUDGE**

1